UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:10-CR-0079-RCJ-RAM |
| Plaintiff, | ) | |
| vs. | ) | |
| GUSTAVO MENDOZA-ALVAREZ, | ) | |
| Defendant. | ) | |

ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order. The defendant's "A" number is __A99 473 614__.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), Reno, Nevada.

DATED this 8th day of July, 2010.

_____
ROBERT A. McQUAID, JR.,
UNITED STATES MAGISTRATE JUDGE